**Jose CASTANON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 48496.**

Missouri Court of Appeals,
Western District.

March 7, 1995.

Laura G. Martin, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Elizabeth L. Ziegler, Sp. Asst. Atty. Gen., Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and ELLIS and LAURA DENVIR STITH, JJ.

## ORDER

PER CURIAM:

Jose Castanon appeals the denial of his Rule 24.035 motion for postconviction relief.

The denial of the Rule 24.035 motion for postconviction relief is affirmed pursuant to Rule 84.16(b).

**Clarice SMITH, Appellant,**

v.

**Jeffrey E. WHITE, et al., Respondent.**

**No. WD 49195.**

Missouri Court of Appeals,
Western District.

March 7, 1995.

Larry R. Marshall, Columbia, for appellant.

Jeffrey O. Parshall, Columbia, for respondent.

Before HANNA, P.J., and BRECKENRIDGE and SMART, JJ.

### ORDER

Clarice Smith appeals from the order of the trial court granting summary judgment to defendants in her multi-court action against defendant officials of Boone County R–VI School District arising out of alleged actions of district officials in denying her an opportunity to participate in a formal graduation ceremony.

Judgment of the trial court is affirmed. Rule 84.16(b).